UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON L. SANDERS, #305405,

    Plaintiff,

v.

DENNIS GRANDY, et al.,

    Defendants.
_____/

Case No: 1:11-CV-892

HON. ROBERT HOLMES BELL

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On August 3, 2015, Magistrate Judge Phillip J. Green issued a Report and Recommendation ("R&R") recommending that Plaintiff Jason L. Sanders' motion for partial summary judgment (ECF No. 84) be denied. (ECF No. 123.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the R&R (ECF No. 123) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for partial summary judgment (ECF No. 84) is **DENIED**.

Dated: September 3, 2015

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE